435 A.2d 256

## Commonwealth, Appellant v. Strait, Jr.

Submitted March 6, 1980. Gary D. Wilt, District Attorney, for Commonwealth, appellant; James M. Schall, for appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.

435 A.2d 257

## Commonwealth v. Sweeney, Appellant.

Argued December 4, 1980. Barry S. Yaches, for appellant; Eliot Present, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.